Case 3:17-cv-00163-SRU   Document 1   Filed 02/06/17   Page 1 of 6

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND AND CONNECTICUT LABORERS' DISTRICT COUNCIL | CIVIL ACTION NO.: <br><br> FEBRUARY 6, 2017 |
| **Plaintiffs** | |
| VS. | |
| SUNRISE MASONRY, INC. | |
| **Defendant** | |

## COMPLAINT

### PARTIES

1.  Plaintiffs Trustees of the Connecticut Laborers' Health Fund, Pension Fund, Legal Services Fund, Annuity Fund, New England Laborers Training Trust Fund, New England Laborers' Labor-Management Trust Fund, and the New England Laborers' Health and Safety Fund (hereinafter "Funds") are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974, (hereinafter referred to as "ERISA," 29 U.S.C. Sections 1002(3) and (37)). The Funds are established and

maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between the Connecticut Laborers District Council (hereinafter referred to as "the Union") and Defendant Sunrise Masonry, Inc. (hereinafter "Sunrise Masonry"). The Funds are administered at 435 Captain Thomas Boulevard, West Haven, Connecticut 06516.

2. Connecticut Laborers' District Council (hereinafter "Union") is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5) with a regular place of business at 475 Ledyard Street, Hartford, CT 06114.

3. Defendant Sunrise Masonry is a Connecticut contractor with an address located at 269 DeKalb Ave., Bridgeport, CT 06607. Sunrise Masonry transacted business in the State of Connecticut as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(1), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(1), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

**JURISDICTION**

4. This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a). This is an action for breach of a Collective Bargaining

Agreement between an employer and a labor organization representing employees in an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

5. Sunrise Masonry entered into a Collective Bargaining Agreement with the Connecticut Laborers District Council establishing the terms and conditions of employment for laborers employed by Sunrise Masonry.

6. Pursuant to the Collective Bargaining Agreement, Sunrise Masonry is required to pay to the Funds certain sums of money for each hour worked by employees of Sunrise Masonry covered by the Collective Bargaining Agreement.

7. Pursuant to said Collective Bargaining Agreement, Sunrise Masonry agreed to be bound to and comply with the terms and conditions of each Trust Agreement and policies adopted by the Trustees.

8. The Funds' Audit, Collection and Delinquency Policy authorizes audits of signatory employers.

9. The auditor for the Connecticut Laborers' Funds conducted a payroll audit of Sunrise Masonry for the time period of January 2014 through June 2016.

10. The audit disclosed contributions in the amount of *$11,682.80* and audit costs of *$1,108.17* totaling *$12,790.97*.

11. Sunrise Masonry has failed to pay the contributions disclosed in the audit and audit costs in the amount of *$12,790.97*.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

12. Upon information and belief, Sunrise Masonry also failed to make contributions due to the Funds for work performed at Sunrise Masonry's request, for the months of September 2016 through the present.

13. Defendant Sunrise Masonry failed to submit remittance reports for the months of September 2016 through the present; therefore, the total amount due for these months is unknown. However, it is *estimated* that Defendant Sunrise Masonry owes *$5,373.33* per month to the Funds. Discovery may prove the actual dollar amount owed to these Funds to be more or less than the aforementioned estimated figure. In addition, to the extent Sunrise Masonry continues to utilize collective bargaining unit employees, Sunrise Masonry delinquencies to all Funds will continue to accumulate during the pendency of this lawsuit. Pursuant to the terms of the Collective Bargaining Agreement, Defendant Sunrise Masonry is obligated to pay such contributions owed to the Funds.

14. Pursuant to 29 U.S.C. 1132(g)(2), the Defendant, Sunrise Masonry, is liable to the Plaintiffs for the unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

**WHEREFORE, Plaintiff Funds pray for judgment as follows:**

WHEREFORE, Plaintiff Funds pray:

A. That Sunrise Masonry be ordered to pay all audit disclosures and costs to the Funds in the total amount of *$12,790.97.*

B. That Sunrise Masonry be ordered to submit monthly reports for September 2016 through the present and reports for any unpaid contributions that become due during the pendency of the Complaint until the issuance of a judgment.

C. That Sunrise Masonry be ordered to submit payments for contributions discovered as due, through their monthly reporting or otherwise, during the pendency of the Complaint until the issuance of a Judgment.

D. That Sunrise Masonry be ordered to pay the reasonable attorney and auditor fees and costs incurred by the Plaintiffs.

E. That Plaintiffs have such other and further relief as the Court may deem just and equitable, all at the cost of Sunrise Masonry.

**DATED** at East Hartford, Connecticut, this 6th day of February 2017.

ATTORNEY FOR PLAINTIFFS,

By: /s/ Brendan L. Hughes
Brendan L. Hughes, Esq. (ct29675)
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele: (860) 290-9610
Fax: (860) 290-9611
E-mail : bhughes@cheverielaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 6th day of February 2017 on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD 21201
**Attn: Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
**Attn: Assistant Solicitor for Plan
Benefits Security**

ATTORNEY FOR PLAINTIFFS,

By: /s/ Brendan L. Hughes
Brendan L. Hughes, Esq. (ct29675)
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com